IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, and<br>MELANIE MADEOY<br>               Plaintiffs,<br><br>               v.<br><br>AMERICAN ARBITRATION<br>ASSOCIATION, et al.,<br>               Defendants. | Civil Action No. 1:07-cv-00606-RJL |

**DEFENDANT AAA'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT**

Defendant American Arbitration Association ("AAA" or "Defendant") respectfully moves the Court, as set forth below, to extend the deadline for Defendants to answer, move, or otherwise respond to Plaintiffs' Complaint and Motion to Vacate, Modify, or Correct Award by the American Arbitration Association ("Complaint"), without waiver of any claims or defenses, including those enumerated in Rule 12(b) of the Federal Rules of Civil Procedure. In support thereof, Defendant states as follows:

1. Gibson, Dunn & Crutcher LLP was recently retained by the AAA to represent it in this lawsuit, in which the Complaint was filed on March 30, 2007. The Complaint names the AAA and three individuals as defendants.

2. The undersigned attorneys have not yet received service copies of the summons and Complaint, but we understand that the Complaint may have been served on the AAA on April 2, 2007. If so, and if service was valid, the AAA's answer or other response to the Complaint would be due today under Rule 12(a)(1) of the Federal Rules of Civil Procedure.

3. The AAA respectfully requests an additional 60 days, to and including **June 22, 2007**, to answer or otherwise respond to the Complaint. This extension is warranted to allow

counsel to familiarize themselves with the files of the underlying arbitration as well as the factual and legal issues raised by the Complaint.  Additional time is also warranted to secure appropriate legal representation for the three individual defendants.

4.  No other extensions have been requested in this case.  Furthermore, the extension that is now requested will not affect any other previously scheduled deadlines.

5.  The undersigned attorneys will contact plaintiffs, who are proceeding *pro se*, to determine whether or not they intend to oppose the requested extension.  Due to our very recent retention, we were not able to do so before filing this motion.  After the undersigned attorneys have had an opportunity to confer in good faith with the plaintiffs, they will advise the Court of the plaintiffs' position with regard to this motion and a suggested timeline for filing opposition and reply papers related to any dispositive motion.

6.  In filing this motion, Defendant expressly reserves all claims and defenses, including those enumerated in Rule 12(b) of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant respectfully requests that the Court enter an order enlarging the time for Defendants to answer, move, or otherwise respond to the Complaint, without waiver of any claims or defenses, until June 22, 2007.

Respectfully Submitted,

Dated:  April 23, 2007

/s/ Jason J. Mendro
MARK A. PERRY (DC Bar # 438203)
MPerry@gibsondunn.com
JASON J. MENDRO (DC Bar # 482040)
JMendro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Defendant AAA*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, and<br>MELANIE MADEOY<br>        Plaintiffs,<br><br>        v.<br><br>AMERICAN ARBITRATION<br>ASSOCIATION, et al.,<br>        Defendants. | Civil Action No. 1:07-cv-00606-RJL |

**[PROPOSED] ORDER**

On this day, the Court considered Defendant AAA's Motion For Extension Of Time Within Which To Respond To The Complaint. The motion is GRANTED. It is ORDERED that Defendants respond to the Complaint on or before June 22, 2007, unless otherwise instructed.

SO ORDERED on _____, 2007.

_____
RICHARD J. LEON
United States District Judge