IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, and<br>MELANIE MADEOY<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>AMERICAN ARBITRATION<br>ASSOCIATION, et al.,<br>　　　　　Defendants. | Civil Action No. 1:07-cv-00606-RJL |

CERTIFICATE OF SERVICE

A copy of Defendant AAA's *Motion For Extension Of Time Within Which To Respond To The Complaint* was filed electronically and also sent via United States Postal Service to the following parties on this 23th day of April 2007:

STEVEN MADEOY
MELANIE MADEOY
1907 Piccard Drive
Rockville, MD 20850-6068

　　　　　　　　　　　　　　　　　　　　　/s/ Jason J. Mendro

　　　　　　　　　　　　　　　　　　　　　Jason J. Mendro (DC Bar # 482040)