IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, and<br>MELANIE MADEOY<br>                Plaintiffs,<br><br>           v.<br><br>AMERICAN ARBITRATION<br>ASSOCIATION, et al.,<br>                Defendants. | Civil Action No. 1:07-cv-00606-RJL |

**DEFENDANTS' NOTICE OF CONFERENCE WITH PLAINTIFFS AND
INDIVIDUAL DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

      COMES NOW Defendants American Arbitration Association ("AAA"), Gregory Beckwith, Andrew H. Diem, and George C. Martin, and state as follows:

      1.      Gibson, Dunn & Crutcher LLP has now been retained to represent Defendants Gregory Beckwith, Andrew H. Diem, and George C. Martin (collectively, the "Individual Defendants"), in addition to the AAA.

      2.      The Individual Defendants join and incorporate the AAA's Motion for an Extension of Time Within Which to Respond to the Complaint. *See* Docket Entry 3. In joining this motion, the Individual Defendants expressly reserve all claims and defenses, including those enumerated in Rule 12(b) of the Federal Rules of Civil Procedure.

      3.      The undersigned counsel attempted to contact Plaintiffs by phone and by letter yesterday to confer about this request. In response, Plaintiffs faxed a letter to defense counsel indicating that they have no objection to the request. A copy of that letter is attached as **Exhibit A**.

                          Respectfully Submitted,

Dated: April 26, 2007

/s/ Jason J. Mendro
_____
MARK A. PERRY (DC Bar # 438203)
MPerry@gibsondunn.com
JASON J. MENDRO (DC Bar # 482040)
JMendro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Defendant AAA*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STEVEN MADEOY, and<br>MELANIE MADEOY<br>              Plaintiffs,<br><br>      v.<br><br>AMERICAN ARBITRATION<br>ASSOCIATION, et al.,<br>              Defendants. | Civil Action No. 1:07-cv-00606-RJL |

**CERTIFICATE OF SERVICE**

A copy of Defendants' *Notice Of Conference With Plaintiffs And Individual Defendants' Unopposed Motion For Extension Of Time* was filed electronically and also sent via United States Postal Service to the following parties on this 26th day of April 2007:

    STEVEN MADEOY
    MELANIE MADEOY
    1907 Piccard Drive
    Rockville, MD 20850-6068

                                       /s/ Jason J. Mendro

                                       Jason J. Mendro (DC Bar # 482040)

**STEVEN F. MADEOY**
1907 PICCARD DRIVE
ROCKVILLE, MARYLAND 20850
(301) 987-5717

<u>VIA FACSIMILE @ 202-467-0539 & U.S. MAIL</u>

April 26, 2007

Jason J. Mendro, Esquire
GIBSON, DUNN & CRUTCHER, LLP
1150 Connecticut Ave., N.W.
Suite 200
Washington, DC 20036

      Re:   *Madeoy v. American Arbitration Association, et al*
              <u>Case # 1:07-cv-00606-RJL (DCDC)</u>

Dear Mr. Mendro:

      This letter is to inform you that you may represent to the Court that Plaintiffs have no objection to your Motion for Extension of Time Within Which to Respond to the Complaint, filed in the above referenced matter on April 23, 2007 and requesting an enlargement of time until June 22, 2007.

                                      Sincerely,

                                      Steven F. Madeoy, *pro se*