AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEVEN MADEOY, PRO SE
MELAINE MADEOY, PRO SE
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

AMERICAN ARBITRATION ASSOCIATION,
ET AL
Defendants

Case: 1:07-cv-00606
Assigned To : Leon, Richard J.
Assign. Date : 3/30/2007
Description: MADEOY V. AMERICAN ARBITRATION ASSOC.

JURY ACTION

TO: (Name and address of Defendant)

GEORGE C. MARTIN, JR.
PO BOX 565
GARRETT PARK MD 20896-0565

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEVEN & MELANIE MADEOY, PRO SE
1907 PICCARD DRIVE
ROCKVILLE MD 20850-6068

an answer to the complaint which is served on you with this summons, within _____20 30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED

MAY 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON

MAR 3 0 2007

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4-22-07    12:05 pm |
|---|---|
| NAME OF SERVER *(PRINT)* GARY D. DEAN | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: GEORGE C. MARTIN
10702 Shelly CT. KENSINGTON md. 20896

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 75. | TOTAL 75. |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4-22-07    _____
                Date            Signature of Server

1700 PERRY ST. NE. #100 WDC
Address of Server    410 693 6500    20017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEVEN MADEOY, PRO SE
MELAINE MADEOY, PRO SE
Plaintiffs

### SUMMONS IN A CIVIL CASE

V.

AMERICAN ARBITRATION ASSOCIATION,
ET AL
Defendants

Case: 1:07-cv-00606
Assigned To : Leon, Richard J.
Assign. Date : 3/30/2007
Description: MADEOY V. AMERICAN ARBITRATION ASSOC.

JURY
ACTION

TO: (Name and address of Defendant)

GREGORY BECKWITH, ESQUIRE
10513 JUDICIAL DRIVE, SUITE 100
FAIRFAX VA 22030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEVEN & MELANIE MADEOY, PRO SE
1907 PICCARD DRIVE
ROCKVILLE MD 20850-6068

an answer to the complaint which is served on you with this summons, within     20 ~~30~~     days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

RECEIVED

MAY 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
NANCY MAYER-WHITTINGTON                                    MAR 3 0 2007

CLERK                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 4-6-07    12:55 P.u |
|---|---|
| NAME OF SERVER *(PRINT)* GARY D. DEAN | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: GREGORY BECKWITH
10513 JUDICIAL DR. FAIRFAX VA. 22030

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 75.00 | TOTAL 75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4-15-07___    _____
            Date          Signature of Server

1200 PERRY ST. NE. #100 WDC.
            Address of Server                    20017
            4106936500

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**RECEIVED**

MAY 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN MADEOY, PRO SE
MELAINE MADEOY, PRO SE
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

AMERICAN ARBITRATION ASSOCIATION,
ET AL
Defendants

Case: 1:07-cv-00606
Assigned To : Leon, Richard J.
Assign. Date : 3/30/2007
Description: MADEOY V. AMERICAN ARBITRATION ASSOC.

JURY ACTION

TO: (Name and address of Defendant)

GREGORY BECKWITH, ESQUIRE
10513 JUDICIAL DRIVE, SUITE 100
FAIRFAX VA 22030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEVEN & MELANIE MADEOY, PRO SE
1907 PICCARD DRIVE
ROCKVILLE MD 20850-6068

an answer to the complaint which is served on you with this summons, within **20** ~~30~~ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DATE  MAR 8 2007

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  4-6-07           12:55 PM |
| NAME OF SERVER (PRINT)  GARY D. DEAN | TITLE  PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  GREGORY BECKWITH
10513  JUDICIAL DR.  FAIRFAX  VA.  22030

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  75.00 | TOTAL  75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-15-07
Date              Signature of Server

1200 PERRY ST. NE. #100 WDC. 20017
Address of Server
4106936500

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEVEN MADEOY, PRO SE
MELAINE MADEOY, PRO SE
Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

AMERICAN ARBITRATION ASSOCIATION,
ET AL
Defendants

Case: 1:07-cv-00606
Assigned To : Leon, Richard J.
Assign. Date : 3/30/2007
Description: MADEOY V. AMERICAN ARBITRATION ASSOC.

JURY
ACTION

TO: (Name and address of Defendant)

ANDREW H. DIEM
5230 LOUGHBORO ROAD, NW
WASHINGTON DC 20016

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEVEN & MELANIE MADEOY, PRO SE
1907 PICCARD DRIVE
ROCKVILLE MD 20850-6068

an answer to the complaint which is served on you with this summons, within ___20 30___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

RECEIVED
MAY 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY MAYER-WHITTINGTON

MAR 3 0 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  4-6-07    5:45 pm |
| NAME OF SERVER (PRINT)  GARY D. DEAN | TITLE  Private Process Server. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____  WF, 5'8  140  Blondish H'
56/58

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:  Jane Doe (Refused Name)
Under protest.

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  75.00 | TOTAL  75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4-15-07                    _____
                  Date                    Signature of Server

1200 Perry St. NE. #100 WDC
        Address of Server   410693 6500        20017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.