AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

RECEIVED
JUN - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Steven Madeoy, Pro Se
Melanie Madeoy, Pro Se

V.

American Arbitration Association
Et Al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07cv606 (RLJ)

TO: (Name and address of Defendant)

American Arbitration Association
1776 Eye Street, NW, Suite 850
Washington, DC 20006
Serve: Jean Baker, District Vice President

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven Madeoy, Pro Se
1907 Piccard Drive
Rockville, MD 20850-6068

an answer to the complaint which is served on you with this summons, within  20 ~~30~~  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAY 3 1 2007
CLERK                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 6-4-07  308P |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GARY D. DEAN | PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CARL JONES ADMIN. AST, AmERICAN ARBITRATION ASSOCIATION 1776 I ST. NW #850 WDC. 20006

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): StAtED he wAS AUthorised to Accept And DID SO.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 75. |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-4-07          /s/ signature
             Date              Signature of Server

1200 Perry ST. NE. #100 WDC 20017
Address of Server
4106936500

**RECEIVED**

JUN 5  2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Steven Madeoy, Pro Se
Melanie Madeoy, Pro Se

**SUMMONS IN A CIVIL CASE**

V.

American Arbitration Association
Et Al

CASE NUMBER: 07cv606 (RLJ)

TO: (Name and address of Defendant)

American Arbitration Association
1776 Eye Street, NW, Suite 850
Washington, DC 20006
Serve: Jean Baker, District Vice President

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven Madeoy, Pro Se
1907 Piccard Drive
Rockville, MD 20850-6068

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAY 31 2007
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 6-4-07  308P |
| NAME OF SERVER (PRINT) GARY D. DEAN | TITLE PPS |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CARL JONES ADMIN. AST, AMERICAN ARBITRATION ASSOCIATION 1776 I ST. NW #850 WDC 20006

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): STATED he WAS AUTHORISED TO ACCEPT AND DID SO.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 75. |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-4-07
Date    Signature of Server

Address of Server: 1200 PERRY ST. NE #100 WDC 20017
4106936500

RECEIVED
JUN - 5 2007
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.