# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY and<br>MELANIE MADEOY,<br>       Plaintiffs,<br><br>       v.<br><br>AMERICAN ARBITRATION<br>ASSOCIATION, et al.,<br>       Defendants. | Civil Action No. 1:07-cv-00606-RJL |

## CERTIFICATE REQUIRED BY LOCAL RULE 7.1

I, the undersigned, counsel of record for the American Arbitration Association ("AAA"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of the AAA which have any outstanding securities in the hands of the public:

**None.**

This representation is made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: June 22, 2007

/s/ Mark A. Perry
MARK A. PERRY (DC Bar # 438203)
MPerry@gibsondunn.com
JASON J. MENDRO (DC Bar # 482040)
JMendro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for the AAA Defendants*