UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, *pro se* )<br>MELAINE MADEOY, *pro se*, )<br>　　　　　　　　　　　　　　　　)<br>　　Plaintiffs, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>AMERICAN ARBITRATION 　　　　)<br>ASSOCATION, *et al.,* 　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　Defendants. 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Civil Case No. 1:07cv606 (RJL) |

**DEFENDANT ADC BUILDERS, INC'S SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF ITS RULE 12 MOTION TO DISMISS**

COMES NOW, Defendant ADC Builders, Inc. ("ADC"), by counsel, and in support of its Fed. R. Civ. P. 12 Motion to Dismiss, states as follows:

**I.     FACTUAL BACKGROUND**

On June 8, 2007, ADC filed with this Court its Fed. R. Civ. P. 12 Motion to Dismiss the Plaintiffs' ("the Madeoys") Amended Complaint. On the same date, and pursuant to Fed. R. Civ. P. 5(b)(2)(B), undersigned counsel served the Madeoys with a true and correct copy of the Motion to Dismiss. As of the date of this filing, the Madeoys have neither served ADC with a memorandum in opposition to the Motion to Dismiss nor filed the same with this Court.

**II.    ARGUMENT**

**The Court Must Treat ADC's Motion to Dismiss as Conceded Due to The Madeoy's Complete Failure to File a Memorandum in Opposition.**

Pursuant to LCvR 7(b), the Madeoys were required to serve a memorandum of points and authorities in opposition to ADC's Motion to Dismiss within eleven (11) days. Furthermore, the Madeoys were afforded an additional three (3) days to respond pursuant to Fed. R. Civ. P. 6(e).

In sum, the Madeoys had fourteen days within which to respond to ADC's Motion to Dismiss. ADC served the Madeoys on June 8, 2007. The Madeoys' response was due no later than June 22, 2007. As of this filing, the Madeoys have failed to file any memorandum in opposition to ADC's Motion to Dismiss.

The Court must treat the Madeoys' failure to respond as conceding to ADC's Motion to Dismiss. Local Civil Rule 7(b) requires an opposing party to file a memorandum in opposition within 11 days of filing or the court may treat the motion as conceded. *Giraldo v. Dep't. of Justice*, 2002 U.S. App. LEXIS 13685 (D.C. Cir. Jul. 8, 2002); *Fox v. Am. Airlines*, 2003 U.S. Dist. LEXIS 13606 (D.D.C. Aug 5. 2003). A party who fails to timely respond is deemed to have waived his opposition to the motion. *Weil v. Selzter*, 277 U.S. App. D.C. 196, 873 F.2d 1453, 1459 (D.C. Cir. 1989). The Madeoys have clearly failed to timely respond to ADC's Motion to Dismiss. Therefore, this Court must treat their silence as conceding to ADC's Motion to Dismiss.

## III.   CONCLUSION

Based on the foregoing reasons, Defendant ADC Builders, Inc. respectfully moves for an Order dismissing with prejudice the Amended Complaint and any and all claims asserted therein, and for such other and further relief in favor of Defendant ADC Builders, Inc., as is necessary and just.

>Respectfully submitted,
>
>ADC BUILDERS, INC.
>
>By Counsel

/s/ Gerald I. Katz
Gerald I. Katz
D.C. Bar No. 237925
Andrew N. Felice
D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia  22182
703.761.3000
703.761.6179 (fax)
gkatz@katzandstone.com
afelice@katzandstone.com
*Counsel for Defendant ADC Builders, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing **DEFENDANT ADC BUILDERS, INC.'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS FED. R. CIV. P. 12 MOTION TO DISMISS** was served via first-class, postage prepaid, this 27th day of June, 2007 upon:

>Mr. Steven Madeoy
>Mrs. Melanie Madeoy
>1907 Piccard Drive
>Rockville, MD 20850-6068
>*Pro Se Plaintiffs,*

and via electronic service upon:

>Jason J. Mendro, Esquire
>Mark A. Perry, Esquire
>Gibson, Dunn & Crutcher, LLP
>1050 Connecticut Ave., N.W.
>Suite 200
>Washington, D.C. 20036-5306
>jmendro@gibsondunn.com
>*Counsel, Defendants American Arbitration Assoc., and Gregory Beckwith, Andrew H. Diem, and George C. Martin*

>/s/ Gerald I. Katz
>Gerald I. Katz

J:\01011.028\Pld\USDC 606\007jan ADC Supp Rule 12 Memo.doc

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, *pro se* )<br>MELAINE MADEOY, *pro se*, )<br>　　　　　　　　　　　　　　　　)<br>　　　Plaintiffs, 　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　 )　　Civil Case No. 1:07cv606 (RJL)<br>　　　　　　　　　　　　　　　　)<br>AMERICAN ARBITRATION 　　　　　)<br>ASSOCATION, *et al.*, 　　　　　　　　 )<br>　　　　　　　　　　　　　　　　)<br>　　　Defendants. 　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 ) | |

**<u>ORDER</u>**

UPON CONSIDERATION of Defendant ADC Builders, Inc.'s Supplemental Memorandum in Support of its Fed. R. Civ. P. 12 Motion to Dismiss, and the argument of counsel and/or the parties, if any; and

IT APPEARING TO THE COURT that Defendant ADC Builders, Inc.'s Motion is well taken and the Plaintiffs have failed to timely file any memorandum in opposition to ADC Builders, Inc.'s Motion to Dismiss; and

IT FURTHER APEPARING TO THE COURT that the Plaintiffs' failed to comply with LCvR 7(b) and thus conceded to ADC Builders, Inc.'s Motion to Dismiss, it is hereby

ORDERED that the Amended Complaint shall be and therefore is DISMISSED WITH PREJUDICE.

ENTERED this ____ day of _____, 2007.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RICHARD J. LEON
　　　　　　　　　　　　　　　　　　　United States District Judge

*Copies to:*

Gerald I. Katz, Esq.
D.C. Bar No. 237925
Andrew N. Felice, Esq.
D.C. Bar No. 416060
Katz & Stone, L.L.P.
8230 Leesburg Pike
Suite 600
Vienna, VA 22182
gkatz@katzandstone.com
afelice@katzandstone.com
*Counsel for Defendant, ADC Builders, Inc.*

Jason J. Mendro, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave., NW.
Suite 200
Washington, D.C. 20036
jmendro@gibsondunn.com
*Counsel for Defendants American Arbitration Assoc., and Gregory Beckwith, Andrew H. Diem, and George C. Martin*

Mr. Steven Madeoy
Mrs. Melanie Madeoy
1907 Piccard Drive
Rockville, MD 20850
*Pro Se Plaintiffs*