THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN MADEOY, *pro se*        :
MELANIE MADEOY, *pro se*       :
      Plaintiffs,           :
v.                             :   Civil Action No. 1:07-cv-00606-RJL
                            :
AMERICAN ARBITRATION           :
ASSOCIATION, et al.,           :
      Defendants.           :

**MADEOYS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT AAA's MOTION TO DISMISS**

COMES NOW the Plaintiffs, Steven and Melanie Madeoy, *pro se,* and move this Court to extend the deadline for filing its response to Defendant AAA's Motion to Dismiss until, and including, July 23, 2007.

In support whereof, the Madeoys rely on the following:

1. Pursuant to the Court's Case Management Order, Paragraph 6, dated April 3, 2007, the Madeoys state that only one previous extension has been granted; to the Defendants AAA on April 27, 2007. The requested extension will not affect any other previously scheduled deadlines, nor does it seek to extend the deadline for a dispositive motion.

2. Pursuant to Local Civil Rule 7(m), the Madeoys affirm that Defendants AAA, through counsel, have indicated that they will not oppose the requested extension of time. *See, Facsimile Transmission of Jason J. Mendro, Esquire,* June 25, 2007 (Exhibit 1).

3. The extension is necessary because the Madeoys are proceeding *pro se*, the complicated issues require time-consuming research, and the Madeoys can only perform the required research and document preparation during non-working hours; *i.e.,* evenings and weekends.

WHEREFORE, for the foregoing reasons, the Madeoys respectfully request that the Court enter an order enlarging the time for Plaintiffs to reply to Defendant AAA's Motion to Dismiss until July 23, 2007.

Respectfully Submitted,

_____
Steven Madeoy, *pro se*
1907 Piccard Drive
Rockville, MD 20850-6068
(301) 987-5717

_____
Melanie Madeoy, *pro se*
1907 Piccard Drive
Rockville, MD 20850-6068
(301) 987-5717

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the forgoing Motion for Extension of Time to Reply to Defendant AAA's Motion to Dismiss have been served via first class mail, this 25th day of June 2007, on Jason J. Mendro, Esquire, of Gibson, Dunn & Crutcher, LLP, 1050 Connecticut Avenue, NW, Suite 200, Washington, DC 20036 AND Gerald I. Katz, Esquire, of Katz & Stone, LLP, 8230 Leesburg Pike, Suite 600, Vienna, VA 22182.

_____
Steven Madeoy

**GIBSON, DUNN & CRUTCHER LLP**
A Registered Limited Liability Partnership
Including Professional Corporations
1050 Connecticut Avenue N.W.
Washington, District of Columbia 20036

TELEPHONE: (202) 955-8500
FACSIMILE: (202) 467-0539

June 25, 2007

## FACSIMILE TRANSMISSION INFORMATION

TO:    Mr./Ms.:    Steve Malcoy

Company:

City, State:

Facsimile No.:    301-587-1678

Main Telephone:

FROM:    Jason J. Mendro    Room: DC-9049    Direct Dial: (202) 887-3726
Our File Number: 02005-00299    Fax: (202) 530-9626    Email: JMendro@gibsondunn.com

TOTAL NUMBER OF PAGES, INCLUDING COVER LETTER: ___

If you do not receive all the pages transmitted, please contact the facsimile operator immediately at telephone number (202) 955-8505.

Fax Operator: Kitty O'Hara

The written message is for the exclusive use of the addressee and contains confidential, privileged and non-disclosable information. If the recipient of this message is not the addressee, or a person responsible for delivering the message to the addressee, such recipient is prohibited from reading or using this message in any way. If you have received this message by mistake, please call us immediately and destroy the facsimile message.

**SPECIAL INSTRUCTIONS/MESSAGE:**

As discussed on the phone today, we will not oppose your request for an extension until July 23, 2007 to respond to our motion.

Jason J. Mendro

Document5

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, *pro se* : | |
| MELANIE MADEOY, *pro se* : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 1:07-cv-00606-RJL |
| : | |
| AMERICAN ARBITRATION : | |
| ASSOCIATION, et al., : | |
| Defendants. : | |

### ORDER

UPON CONSIDERATION of Plaintiffs Madeoy's Motion for Extension of Time to Reply to Defendant AAA's Motion to Dismiss; and,

IT APPEARING TO THE COURT that Plaintiffs Madeoy's Motion is unopposed by counsel for Defendant AAA and that the grounds for the Motion are meritorious;

IT IS ORDERED that Plaintiffs Madeoy's Motion for Extension of Time to Reply to Defendant AAA's Motion to Dismiss until July 23, 2007 is hereby GRANTED.


June ___, 2007.                                             _____
                                                            RICHARD J. LEON
                                                            United States District Judge

Copies to:

Steven & Melanie Madeoy
1907 Piccard Drive
Rockville MD 20850
*Pro Se* Plaintiffs

Jason J. Mendro, Esquire            Gerald I. Katz, Esquire
Gibson, Dunn & Crutcher, LLP        Katz & Stone, LLP
1050 Connecticut Avenue, NW         8230 Leesburg Pike
Suite 200                           Suite 600
Washington DC 20036                 Vienna VA 22182
jmendro@gibsondunn.com              gkatz@katzandstone.com
Counsel for Defendants AAA          Counsel for Defendant ADC Builders, Inc.