UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, *pro se* ) <br> MELANIE MADEOY, *pro se*, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN ARBITRATION ) <br> ASSOCIATION, *et al.*, ) <br> ) <br>    Defendants. ) <br> ) | Civil Case No. 1:07-cv-606 (RJL) |

## **ORDER**

UPON CONSIDERATION of the parties' Consent Motion to Continue Deadline for Filing Joint Meet and Confer Statement and Proposed Scheduling Order filed contemporaneously herewith; and

IT APPEARING to the Court that this action should be and, hereby is, CONTINUED until September 7, 2007.

This continuance may be modified upon good cause shown by either party.

ENTERED this ____ day of _____, 2007.

_____
Judge, United States District Court
for the District of Columbia

Mail copies to:

Mr. Steven Madeoy
Mrs. Melanie Madeoy
1907 Piccard Drive
Rockville, MD 20850-6068
*Pro Se Plaintiffs,*

e-serve copies to:

Jason J. Mendro, Esquire
Mark A. Perry, Esquire
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20036-5306
jmendro@gibsondunn.com
*Counsel, Defendants American Arbitration Assoc., and*
*Gregory Beckwith, Andrew H. Diem, and George C. Martin*

and

Gerald I. Katz, Esquire
D.C. Bar No. 237925
Andrew N. Felice, Esquire
D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia  22182
703.761.3000
703.761.6179 (fax)
gkatz@katzandstone.com
*Counsel for Defendant ADC Builders, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, *pro se* ) <br> MELANIE MADEOY, *pro se*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERICAN ARBITRATION ) <br> ASSOCIATION, *et al.,* ) <br> ) <br> Defendants. ) | Civil Case No. 1:07-cv-606 (RJL) |

**ORDER**

UPON CONSIDERATION of the parties' Consent Motion to Continue Deadline for Filing Joint Meet and Confer Statement and Proposed Scheduling Order filed contemporaneously herewith; and

IT APPEARING to the Court that this action should be and, hereby is, CONTINUED until September 7, 2007.

This continuance may be modified upon good cause shown by either party.

ENTERED this _____ day of _____, 2007.


_____
Judge, United States District Court
for the District of Columbia

Mail copies to:

Mr. Steven Madeoy
Mrs. Melanie Madeoy
1907 Piccard Drive
Rockville, MD 20850-6068
*Pro Se Plaintiffs,*

e-serve copies to:

Jason J. Mendro, Esquire
Mark A. Perry, Esquire
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20036-5306
jmendro@gibsondunn.com
*Counsel, Defendants American Arbitration Assoc., and*
*Gregory Beckwith, Andrew H. Diem, and George C. Martin*

and

Gerald I. Katz, Esquire
D.C. Bar No. 237925
Andrew N. Felice, Esquire
D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia 22182
703.761.3000
703.761.6179 (fax)
gkatz@katzandstone.com
*Counsel for Defendant ADC Builders, Inc.*