UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, *pro se* <br> MELANIE MADEOY, *pro se*, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN ARBITRATION <br> ASSOCIATION, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Case No. 1:07-cv-606 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION TO CONTINUE DEADLINE FOR FILING JOINT MEET
AND CONFER STATEMENT AND PROPOSED SCHEDULING ORDER**

Plaintiffs Steven and Melanie Madeoy and Defendants American Arbitration Association, Gregory Beckwith, Andrew H. Diem, and George C. Martin and Defendant ADC Builders, Inc., jointly move this Honorable Court to continue the deadline for finalizing and filing their Joint Meet and Confer Statement and Proposed Scheduling Order in the above-styled action.

Continuing the deadline for filing the Joint Meet and Confer Statement would allow the Plaintiffs, acting pro se in this action, additional time to familiarize themselves with the discovery process in this Court and the requirements of Local Rule 16.3 as it pertains to scheduling in this case. Further, it is the position of the Defendants that their current Motions to Dismiss may potentially resolve all claims pending in this action. Therefore, the parties agree that it would be in their and the Court's best interests and would maximize judicial economy to continue this deadline until September 7, 2007.

WHEREFORE, Plaintiffs Steven and Melanie Madeoy and Defendants American Arbitration Association, Gregory Beckwith, Andrew H. Diem, and George C. Martin and Defendant ADC Builders, Inc. jointly move this Honorable Court to continue the deadline for

finalizing and filing their Joint Meet and Confer Statement and Proposed Scheduling Order until

September 7, 2007.

                                                                  Respectfully submitted,

_____
Mr. Steven Madeoy
Mrs. Melanie Madeoy
1907 Piccard Drive
Rockville, MD 20850-6068
*Pro Se Plaintiffs*

AMERICAN ARBITRATION ASSOCIATION,
GREGORY BECKWITHIN, ANDREW H. DEIM
and GEORGE C. MARTIN

By Counsel

s/s Jason J. Mendro
Jason J. Mendro, Esq.
Mark A. Perry, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20036-5306
jmendro@gibsondunn.com
*Counsel, Defendants American Arbitration Assoc., and*
*Gregory Beckwith, Andrew H. Diem, and George C. Martin*


ADC BUILDERS, INC.

By Counsel

s/s Gerald I. Katz
Gerald I. Katz, Esq.
D.C. Bar No. 237925
Andrew N. Felice, Esq.
D.C. Bar No. 416060
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, VA 22182
gkatz@katzandstone.com
afelice@katzandstone.com
*Counsel for Defendant, ADC Builders, Inc.*

finalizing and filing their Joint Meet and Confer Statement and Proposed Scheduling Order until September 7, 2007.

Respectfully submitted,

Mr. Steven Madeoy
Mrs. Melanie Madeoy
1907 Piccard Drive
Rockville, MD 20850-6068
*Pro Se Plaintiffs*

AMERICAN ARBITRATION ASSOCIATION,
GREGORY BECKWITH, ANDREW H. DEIM
and GEORGE C. MARTIN

By Counsel

s/s Jason J. Mendro
Jason J. Mendro, Esq.
Mark A. Perry, Esq.
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20036-5306
jmendro@gibsondunn.com
*Counsel, Defendants American Arbitration Assoc., and Gregory Beckwith, Andrew H. Diem, and George C. Martin*

ADC BUILDERS, INC.

By Counsel

s/s Gerald I. Katz
Gerald I. Katz, Esq.
D.C. Bar No. 237925
Andrew N. Felice, Esq.
D.C. Bar No. 416060
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, VA 22182
gkatz@katzandstone.com
afelice@katzandstone.com
*Counsel for Defendant, ADC Builders, Inc.*

I:\01011.026\PLDNGS\DC 060014anf Consent to Continue Motion.doc:ntaf

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY, *pro se* ) | |
| MELANIE MADEOY, *pro se*, ) | |
|   ) | |
|   Plaintiffs, ) | |
|   ) | |
| v.   ) | Civil Case No. 1:07-cv-606 (RJL) |
|   ) | |
| AMERICAN ARBITRATION ) | |
| ASSOCIATION, *et al.*, ) | |
|   ) | |
|   Defendants. ) | |

## **ORDER**

UPON CONSIDERATION of the parties' Consent Motion to Continue Deadline for Filing Joint Meet and Confer Statement and Proposed Scheduling Order filed contemporaneously herewith; and

IT APPEARING to the Court that this action should be and, hereby is, CONTINUED until September 7, 2007.

This continuance may be modified upon good cause shown by either party.

ENTERED this _____ day of _____, 2007.


_____
Judge, United States District Court
for the District of Columbia

Mail copies to:

Mr. Steven Madeoy
Mrs. Melanie Madeoy
1907 Piccard Drive
Rockville, MD 20850-6068
*Pro Se Plaintiffs,*

e-serve copies to:

Jason J. Mendro, Esquire
Mark A. Perry, Esquire
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave., N.W.
Suite 200
Washington, D.C. 20036-5306
jmendro@gibsondunn.com
*Counsel, Defendants American Arbitration Assoc., and*
*Gregory Beckwith, Andrew H. Diem, and George C. Martin*

and

Gerald I. Katz, Esquire
D.C. Bar No. 237925
Andrew N. Felice, Esquire
D.C. Bar No. 416060
KATZ & STONE, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, Virginia  22182
703.761.3000
703.761.6179 (fax)
gkatz@katzandstone.com
*Counsel for Defendant ADC Builders, Inc.*