IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY and<br>MELANIE MADEOY,<br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>AMERICAN ARBITRATION<br>ASSOCIATION, et al.,<br>　　　　　Defendants. | Civil Action No. 1:07-cv-00606-RJL |

**JOINT REPORT PURSUANT RULE 26(f) OF FEDERAL RULES
OF CIVIL PROCEDURE AND LOCAL RULE 16.3**

　　　Plaintiffs Steven and Melanie Madeoy, the AAA Defendants, and Defendant ADC, Inc. jointly submit this report under Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.3. The parties jointly state as follows:

　　　1.　　Dispositive Motions: The parties disagree about whether the case is likely to be resolved by a dispositive motion. The AAA Defendants and Defendant ADC maintain that the case should be dismissed and thus resolved on the pending motions. The Plaintiffs disagree. Nonetheless, the parties jointly stipulate that discovery and other matters should await a decision on the pending motions to dismiss.

　　　2.　　Settlement: The parties agree that it is premature to determine whether the case may be resolved by settlement or would potentially benefit from alternative dispute resolution procedures.

　　　3.　　No Bifurcation: The parties agree this matter need not be bifurcated.

    4.    <u>Initial Disclosures</u>: Subject to the Court's approval, the parties jointly stipulate to dispense with initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

    5.    <u>Discovery</u>: The parties agree that discovery should not commence unless and until the Court enters an order denying the pending motions to dismiss, and then only as to such Defendants whose motions are denied. Therefore, the parties stipulate that the deadlines for discovery, proposed below, will follow from the date, if any, on which both motions to dismiss are resolved and at least one is denied. The parties agree that, for all deadlines proposed in this report, the time period will be computed consistent with Rule 6 of the Federal Rules of Civil Procedure.

    (a)    Discovery commences—1 day after the Court enters an order, if any, denying the motions to dismiss. If the pending motions are resolved on different dates, discovery will commence only after the second motion is resolved, and only if one or both motions are denied.

    (b)    Last day to serve discovery requests—30 days after discovery commences.

    (c)    Document production is complete—60 days after the deadline for serving discovery requests.

    (d)    Fact discovery closes—30 days after the deadline for completing document production.

    (e)    Deadline to amend the pleadings—the same day that fact discovery closes.

    (f)    Initial expert reports due (simultaneously)—30 days after the close of fact discovery.

    (g)    Expert rebuttal reports due—30 days after initial expert reports are due.

    (h)    Expert discovery closes—30 days after the deadline for expert rebuttal reports.

The parties are not yet aware of any issues in dispute concerning protective orders, electronically stored data, or assertion of the privilege.  Nonetheless, the parties reserve the right to vary the limitations on discovery by stipulation or by seeking leave of the Court, as may be appropriate, as issues arise.

6.    <u>Summary Judgment</u>:  The parties jointly propose that summary judgment briefing proceed according to following schedule:

    (a)    Summary judgment motions due (simultaneously)—60 days after the close of expert discovery.

    (b)    Summary judgment opposition briefs due—30 days after the deadline for summary judgment motions.

    (c)    Summary judgment reply briefs due—14 days after the deadline for summary judgment opposition briefs.

7.    <u>Pretrial Conference</u>:  The parties agree that the pretrial conference should be set, if necessary, at the time that all summary judgment motions are resolved.

8.    <u>Trial Date</u>:  The parties agree that a trial date should not be set until the pretrial conference.

RESPECTFULLY SUBMITTED:

Dated: _____

    Mr. Steven Madeoy
    Mrs. Melanie Madeoy
    1907 Piccard Drive
    Rockville, MD 20850-6068
    *Pro Se Plaintiffs*

(h) Expert discovery closes—30 days after the deadline for expert rebuttal reports.

The parties are not yet aware of any issues in dispute concerning protective orders, electronically stored data, or assertion of the privilege. Nonetheless, the parties reserve the right to vary the limitations on discovery by stipulation or by seeking leave of the Court, as may be appropriate, as issues arise.

6.  Summary Judgment: The parties jointly propose that summary judgment briefing proceed according to following schedule:

(a) Summary judgment motions due (simultaneously)—60 days after the close of expert discovery.

(b) Summary judgment opposition briefs due—30 days after the deadline for summary judgment motions.

(c) Summary judgment reply briefs due—14 days after the deadline for summary judgment opposition briefs.

7.  Pretrial Conference: The parties agree that the pretrial conference should be set, if necessary, at the time that all summary judgment motions are resolved.

8.  Trial Date: The parties agree that a trial date should not be set until the pretrial conference.

RESPECTFULLY SUBMITTED:

Dated: 9/6/07

_____
Mr. Steven Madeoy
Mrs. Melanie Madeoy
1907 Piccard Drive
Rockville, MD 20850-6068
*Pro Se Plaintiffs*

3

|  |  |
|---|---|
|  | AMERICAN ARBITRATION ASSOCIATION, GREGORY BECKWITHIN, ANDREW H. DEIM and GEORGE C. MARTIN |
|  | By counsel: |
| Dated:  September 7, 2007 | /s/ Jason J. Mendro |

Mark A. Perry, Esq. (D.C. Bar # 438203)
MPerry@gibsondunn.com
Jason J. Mendro, Esq. (D.C. Bar # 482040)
JMendro@gibsondunn.com
Gibson, Dunn & Crutcher, LLP
1050 Connecticut Ave., N.W., Suite 200
Washington, D.C. 20036-5306

*Counsel, Defendants American Arbitration Assoc., and Gregory Beckwith, Andrew H. Diem, and George C. Martin, Jr.*

ADC BUILDERS, INC.

By counsel:

Dated: September 7, 2007      /s/ Gerald I. Katz

Gerald I. Katz, Esq.  (D.C. Bar # 237925)
gkatz@katzandstone.com
Andrew N. Felice, Esq. (D.C. Bar # 416060)
afelice@katzandstone.com
Katz & Stone, L.L.P.
8230 Leesburg Pike, Suite 600
Vienna, VA 22182

*Counsel for Defendant, ADC Builders, Inc.*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY and<br>MELANIE MADEOY,<br>            Plaintiffs,<br><br>        v.<br><br>AMERICAN ARBITRATION<br>ASSOCIATION, et al.,<br>            Defendants. | Civil Action No. 1:07-cv-00606-RJL |

## CERTIFICATE OF SERVICE

The foregoing *Reply Joint Report Pursuant Rule 26(f) Of Federal Rules Of Civil Procedure And Local Rule 16.3* was filed electronically, and a true and correct copy of the same was sent via United States Postal Service to the following parties on this 7th day of September 2007:

STEVEN MADEOY
MELANIE MADEOY
1907 Piccard Drive
Rockville, MD  20850-6068

                                        /s/ Jason J. Mendro                    

                                        Jason J. Mendro (DC Bar # 482040)

100271758_1.DOC

5