UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 21 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN MADEOY AND )
MELANIE MADEOY, )
                                       )
      Plaintiffs,   )
                                       )
      v.                )   Civil Case No. 07-606 (RJL)
                                       )
AMERICAN ARBITRATION )
ASSOCIATION, *et al.*, )
                                       )
      Defendants.  )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 19th day of February, 2008, hereby

**ORDERED** that the motion to dismiss filed by defendant ADC Builders, Inc. [#9] is GRANTED, and it is further

**ORDERED** that the motion to dismiss filed by defendants American Arbitration Association, Gregory Beckwith, Andrew H. Diem, and George C. Martin, Jr. [#12] is GRANTED, and it is further

**ORDERED** that this case is dismissed as to all defendants.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge