UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN MADEOY AND MELANIE MADEOY, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN ARBITRATION ASSOCIATION, et al., <br><br> Defendants. | Civil Case No. 07-606 (RJL) |

### NOTICE OF APPEAL

NOTICE is hereby given that, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, Steven Madeoy and Melanie Madeoy, acting *pro se*, hereby appeal to the United States Court of Appeals for the District of Columbia from an order by United States District Judge Richard J. Leon of this Court; to wit, Final Judgment and Order Granting Motion to Dismiss as to defendants American Arbitration Association, Gregory Beckwith, Andrew H. Diem, and George C. Martin, entered in this action on the 21st day of February, 2008 and recorded as Docket Entry # 31.

Respectfully submitted,

_____
Steven Madeoy, *pro se*

_____
Melanie Madeoy, *pro, se*

RECEIVED
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appeal was served by first-class mail, postage prepaid, this 25th day of February, 2008 on Jason J. Mendro, Esquire, GIBSON, DUNN & CRUTCHER, LLP, 1050 Connecticut Avenue, NW, Washington, DC 20036-5306.

*/s/ Steven Madeoy*
Steven Madeoy
10004 Sorrel Avenue
Potomac, MD 20854-4734
(301) 765-9172